AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Cobb, William G. | U.S. District Court, District of Nevada | 04/09/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge - full time | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

Thompson Federal Courthouse
400 South Virginia Street
Suite 405
Reno, NV 89501

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust # 1 (no reportable assets) |
| 2. | Member | Arroyo Street Partners |
| 3. | Trustee | Trust #2 |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1974 | Erickson, Thorpe & Swainston, Ltd. Profit Sharing Plan (resigned as trustee 9.2.11; continue as beneficiary of the Plan) |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cobb, William G. | 04/09/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Marriott Vacatiob Club | Note for purchase of time share interest (personal use only) | J |
| 2. | Chase Card Services | Credit Card | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cobb, William G. | 04/09/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Trust #2, Brokerage Account (H) | | | | | | | | | |
| 2. -Morgan Stanley Smith Barney Active Asset Account | A | Int./Div. | K | T | | | | | |
| 3. -Gannett Spinco Inc, common stock | A | Dividend | J | T | | | | | |
| 4. -Tegna Inc., common stock | A | Dividend | J | T | | | | | |
| 5. - Cars Com, Inc. | A | Dividend | J | T | Spinoff (from line 4) | 05/31/17 | J | | |
| 6. Arroyo Street Building, Reno, Nv. (rental partnership) | E | Rent | L | U | | | | | |
| 7. IRA #1 (H) | | | | | | | | | |
| 8. -River Park/Wedgewood Instl | A | Int./Div. | | | Sold | 06/27/17 | J | A | |
| 9. - Causeway Emerging Mkts Instl | A | Int./Div. | J | T | Sold (part) | 07/12/17 | J | A | |
| 10. -Delaware Value Instl | A | Int./Div. | J | T | Sold (part) | 06/27/17 | J | A | |
| 11. | | | | | Sold (part) | 07/12/17 | J | A | |
| 12. - Harding Loevner Intl Equity Port | A | Int./Div. | J | T | Sold (part) | 07/12/17 | J | A | |
| 13. -Lazard Intl Strat Eq PTF Inst | A | Int./Div. | J | T | Buy (add'l) | 07/12/17 | J | | |
| 14. -Cambiar Intl Equity Inv | A | Int./Div. | J | T | | | | | |
| 15. -Lyrical US Value Equity Instl | A | Int./Div. | J | T | Sold (part) | 06/27/17 | J | A | |
| 16. | | | J | T | Buy (add'l) | 12/27/17 | J | | |
| 17. -Edgewood Growth Instl | A | Int./Div. | J | T | Sold (part) | 06/27/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cobb, William G. | 04/09/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Nuance Mid Cap Value Instl | A | Int./Div. | J | T | Buy (add'l) | 07/12/17 | J | | |
| 19. | | | J | T | Buy (add'l) | 12/27/17 | J | | |
| 20. -Matthews Asian Japan Inc | A | Int./Div. | J | T | | | | | |
| 21. -Hartford Midcap I | A | Int./Div. | J | T | Buy (add'l) | 07/12/17 | J | | |
| 22. -Touchstone Small Cap Growth Y | A | Int./Div. | | | Sold | 06/27/17 | J | A | |
| 23. -Neuberger Intrinsic Value Instl | A | Int./Div. | J | T | Sold (part) | 07/27/17 | J | A | |
| 24. -Metropolitan West Tot Ret BD I | A | Int./Div. | J | T | Buy (add'l) | 06/20/17 | J | | |
| 25. | | | J | T | Buy (add'l) | 07/12/17 | J | | |
| 26. | | | J | T | Buy (add'l) | 12/27/17 | J | | |
| 27. -Blackrock Low Dur BD Inv Inst | A | Int./Div. | J | T | Buy (add'l) | 06/20/17 | J | | |
| 28. | | | J | T | Buy (add'l) | 07/12/17 | J | | |
| 29. | | | J | T | Buy (add'l) | 12/27/17 | J | | |
| 30. -EV Income Fund of Boston I | A | Int./Div. | | | Sold | 07/12/17 | J | A | |
| 31. - Blackrock Inflat Prot Bond I | A | Int./Div. | J | T | Buy (add'l) | 06/20/17 | J | | |
| 32. | | | J | T | Buy (add'l) | 07/12/17 | J | | |
| 33. -Loomis Growth | A | Dividend | J | T | Buy | 06/27/17 | J | | |
| 34. | | | J | T | Buy (add'l) | 07/12/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cobb, William G. | 04/09/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -JP Morgan Value Advantage | A | Dividend | J | T | Buy | 06/27/17 | J | | |
| 36. | | | | | Sold (part) | 07/12/17 | J | A | |
| 37. -Hartford Sm Cap Grwth | A | Dividend | J | T | Buy | 06/27/17 | J | | |
| 38. | | | J | T | Buy (add'l) | 07/12/17 | J | | |
| 39. IRA #2 (H) | | | | | | | | | |
| 40. - Cash, Morgan Stanley Private bank | A | Dividend | J | T | | | | | |
| 41. -Accenture PLC, common stock | A | Dividend | K | T | | | | | |
| 42. -Coca Cola Co., common stock | A | Dividend | J | T | | | | | |
| 43. -Microsoft Corp., common stock | A | Dividend | J | T | | | | | |
| 44. -United Parcel Service, common stock | A | Dividend | J | T | | | | | |
| 45. -Salesforce.com, Inc, common stock | A | Dividend | J | T | | | | | |
| 46. John Hancock Protection Universal Life Insurance Policy | D | Interest | M | T | | | | | |
| 47. Erickson Thorpe & Swainston Profit Sharing Plan | D | Int./Div. | P1 | T | Distributed (part) | 01/17/17 | L | | |
| 48. | | | | | Distributed (part) | 08/22/17 | K | | |
| 49. IRA #4 (H) | | | | | | | | | |
| 50. -Cash, USAA Money Market | A | Int./Div. | J | T | Distributed (part) | 01/10/17 | K | | |
| 51. | | | | | Distributed (part) | 06/05/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cobb, William G. | 04/09/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -American Beacon Intl Equity Y Class | A | Dividend | J | T | Sold (part) | 01/13/17 | J | A | |
| 53. | | | | | Sold (part) | 06/07/17 | J | A | |
| 54. - Delaware Value Fund Institutional | A | Dividend | J | T | Sold (part) | 01/13/17 | J | A | |
| 55. | | | | | Sold (part) | 02/14/17 | J | A | |
| 56. | | | | | Sold (part) | 06/07/17 | J | A | |
| 57. | | | | | Sold | 09/20/17 | J | C | |
| 58. -Harding Loevner Instl Equity Port Instl | A | Dividend | J | T | Sold (part) | 01/13/17 | J | A | |
| 59. | | | | | Sold (part) | 06/07/17 | J | A | |
| 60. -Lazard Emerging Markets Eq Blend Instl | A | Dividend | J | T | Sold (part) | 01/13/17 | J | A | |
| 61. | | | | | Sold (part) | 06/07/17 | J | A | |
| 62. -Lazard Instl Strategy Equity Port Instl | A | Dividend | J | T | Sold (part) | 01/13/17 | J | A | |
| 63. | | | | | Sold (part) | 06/07/17 | J | A | |
| 64. - MFS Growth Port Inst Class | A | Dividend | | | Sold (part) | 01/13/17 | J | A | |
| 65. | | | | | Sold (part) | 06/07/17 | J | A | |
| 66. | | | | | Sold | 09/20/17 | J | C | |
| 67. -Hartford Schroder Emerging Mkts Equity CL1 | A | Dividend | J | T | Sold (part) | 01/17/17 | J | A | |
| 68. | | | | | Sold (part) | 06/07/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cobb, William G. | 04/09/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -USAA Managed Allocation Fd Retail | A | Dividend | J | T | Sold (part) | 01/13/17 | J | A | |
| 70. | | | | | Sold (part) | 06/7/17 | J | A | |
| 71. -Baird Core Plus Bond Institutional | A | Dividend | K | T | Sold (part) | 01/13/17 | J | A | |
| 72. | | | J | T | Buy (add'l) | 02/14/17 | J | | |
| 73. | | | | | Sold (part) | 06/07/17 | J | A | |
| 74. -TCW Emerging Mkts Income Fd | A | Dividend | J | T | Sold (part) | 01/13/17 | J | A | |
| 75. | | | | | Sold (part) | 06/07/17 | J | A | |
| 76. -USAA High Income Fund Instl | A | Dividend | J | T | Sold (part) | 01/13/17 | J | A | |
| 77. | | | | | Sold (part) | 06/07/17 | J | A | |
| 78. -USAA Income Fund Instl | A | Dividend | K | T | Sold (part) | 01/13/17 | J | A | |
| 79. | | | J | T | Buy (add'l) | 02/14/17 | J | | |
| 80. | | | | | Sold (part) | 06/07/17 | J | A | |
| 81. -USAA Short Term Bond Fd Instl | A | Dividend | K | T | Sold (part) | 01/13/17 | J | A | |
| 82. | | | | | Sold (part) | 06/07/17 | J | A | |
| 83. -Voya Intermediate Bond Class W | A | Dividend | K | T | Sold (part) | 01/13/17 | J | A | |
| 84. | | | J | T | Buy (add'l) | 01/31/17 | J | | |
| 85. | | | | | Sold (part) | 06/07/17 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cobb, William G. | 04/09/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -AQR Style Premia Alternative fD Cl R6 | A | Dividend | J | T | Sold (part) | 01/13/17 | J | A | |
| 87. | | | | | Sold (part) | 06/07/17 | J | A | |
| 88. -AQR Small Cap Multi Style FD Cl R6 | A | Dividend | J | T | Sold (part) | 01/13/17 | J | A | |
| 89. | | | | | Sold (part) | 02/14/17 | J | A | |
| 90. | | | | | Sold (part) | 06/07/17 | J | A | |
| 91. -American Beacon AHL Mngd Futurs Strt Inst | A | Dividend | J | T | Sold (part) | 01/13/17 | J | A | |
| 92. | | | | | Sold (part) | 06/07/17 | J | A | |
| 93. -Victory Sycamore Established Value I | A | Dividend | J | T | Sold (part) | 01/13/17 | J | A | |
| 94. | | | | | Sold (part) | 02/14/17 | J | A | |
| 95. | | | | | Sold (part) | 06/07/17 | J | A | |
| 96. -Vanguard Growth & Income | A | Dividend | L | T | Buy | 09/20/17 | K | | |
| 97. | | | | | | | | | |
| 98. | | | | | | | | | |
| 99. | | | | | | | | | |
| 100. | | | | | | | | | |
| 101. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cobb, William G. | 04/09/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I, Line 1  This trust was not created by the filer. No income was received from the trust by the filer. The filer has no beneficial interest in the Trust. Therefore, no reporting of the assets in the trust is required.

Part VII., Line 47

Erickson, Thorpe, Swainston Ltd. Profit Sharing Plan,- These assets are managed by the trustees of the profit sharing plan. Judge Cobb is no longer a trustee (as of September 2, 2011) and has no control over investment descisions.  As a result of Judge Cobb no longer being a trustee of the plan and having no control over investment descisions, the assets of this plan have not been reported individually.

IRA # 1

       Part VII Line 9, There has been a name change from Causeway Instl Value Inst to Causeway Emerging Mkt Inst.
       Part VII, line 10, There has been a name change from Delaware Inv Sm Cap Value Instl to Delaware Value Instl

IRA #4

       Part VII, line 67, There has been a name change from Schroder Emerging MRK EQ to Hartford Schroder Emerging Mkts Equity CLI

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **William G. Cobb**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544